UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-CV-60733-BB

**CHRISTOPHER HANSEN,**

Plaintiff,

-vs-

**POMPANO SERVICE STATION, LLC,**
**CYPRESS PETROLEUM ENTERPRISES,**
and **URBIETA WESTAR HOLDINGS, INC.,**

Defendant.

## STIPULATION FOR ENTRY OF ORDER OF DISMISSAL

PLAINTIFF and DEFENDANTS by and through undersigned counsel hereby
STIPULATE AND AGREE that pursuant to a Settlement Agreement entered into by them on the
8th day of November, 2016, settling all matters between them at issue in this cause, Plaintiff and
Defendant, respectfully request the Court enter an Order Dismissing this cause with Prejudice;
and retaining jurisdiction only to enforce the terms of said Settlement Agreement.

**STIPULATED AND AGREED** to by Counsel for the Parties on the dates below
written.

**LAUREN WASSENBERG, ESQ.**
Attorney for Plaintiff,
1825 NW Corporate Blvd, Suite 110,
Boca Raton, FL 33431
561-571-0646

Date: 11/15/16

**MATT WEINSTEIN, ESQ.**
Attorney for Defendants
10723 SW 104th St.,  Miami, FL 33176
305-670-5200

Date: 11/4/16